1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Mary Carmen Valencia

7

8           **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MARY CARMEN VALENCIA,        ) Case No.: CV 10-6529 PLA
                                )
12         Plaintiff,            ) ORDER AWARDING EQUAL
                                ) ACCESS TO JUSTICE ACT
13    vs.                       ) ATTORNEY FEES AND EXPENSES
                                ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
15                              )
           Defendant            )
16 _____ )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses (Docket #22):

20     IT IS ORDERED that the order issued on October 4, 2011 (Docket #20) be

21 vacated and fees and expenses in the amount of $2,100.00 as authorized by 28

22 U.S.C. § 2412, be awarded subject to the terms of the Stipulation (Docket #22).

23 DATE:   October 5, 2011            *[signature: Paul L. Abrams]*

24                                    _____
                                      THE HONORABLE PAUL L. ABRAMS
25                                    UNITED STATES MAGISTRATE JUDGE

26